**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yulia Ruditser, | No. CV-22-02142-PHX-DLR |
|     Plaintiff, | **ORDER** |
| v. | |
| Marianna Dukina, | |
|     Defendant. | |

On February 16, 2023, Plaintiff moved for a temporary restraining order ("TRO") and preliminary injunction. (Doc. 8.) On February 21, 2023, the Court granted the TRO and set a briefing and hearing schedule to determine whether that TRO should be converted to a preliminary injunction. (Doc. 12.) Defendant did not appear or respond to the preliminary injunction motion. On March 24, 2023, the Court held a telephonic oral argument on the preliminary injunction motion. Only Plaintiff and her counsel appeared. For reasons stated in the Court's TRO order and on the record during the March 24, 2023, telephonic oral argument, the Court finds as to the wines held at the New York Wine Warehouse that Plaintiff is likely to succeed on the merits of her breach of contract claim and to suffer irreparable harm in the absence of a preliminary injunction, and that the balance of equities and public interest favor relief. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for a preliminary injunction (Doc. 8) is **GRANTED** in part. During the pendency of this litigation, Defendant is enjoined from

disposing of or receiving the wines held at the New York Wine Warehouse under Ivan Golovistikov's account. The portion of the Court's TRO restraining access to Decedent's bank accounts is dissolved without prejudice to Plaintiff renewing her request for injunctive relief if discovery shows there are bank accounts that have not yet been depleted.

Dated this 24th day of March, 2023.

Douglas L. Rayes
United States District Judge